UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

HARVEY EUGENE LARSON

    Plaintiff,

v.                                        Case No. 18-C-1832

JOHN DOE, et al.,

    Defendants.

---

**ORDER**

---

Plaintiff Harvey Eugene Larson, a state prisoner who is currently representing himself, filed a complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. On December 18, 2018, the court denied Larson's motion for leave to proceed without prepayment of the filing fee because he has accumulated three "strikes" under 28 U.S.C. § 1915(g) and the complaint failed to allege facts suggesting that he faced an imminent threat of physical injury. ECF No. 6. The court ordered Larson to pay the full filing fee in this action by January 1, 2019, and warned that failure to do so would result in the dismissal of this case. Larson has not paid the full filing fee within the time prescribed by the court. Accordingly, this case will be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that this action be **DISMISSED** without prejudice pursuant to Civil Local Rule 41(c) and Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that copies of this order be sent to the officer in charge of the agency where the inmate is confined.

Dated this  4th  day of January, 2019.

                                               s/ William C. Griesbach
                                               William C. Griesbach, Chief Judge
                                               United States District Court